

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of
Professional Process Servers



Philadelphia Association
of Professional Process Servers

William D. Brown

-vs-

Kelly Michaelowski, et al

: COURT  United States District Court
              District of New Jersey
: COUNTY
: CASE NUMBER  3:13-CV-04939

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF PHILADELPHIA:

B&R Control #  PS018644 - 1
Reference Number

### SERVICE INFORMATION

On 4 day of September, 2013 we received the
**Summons and Complaint**
for service upon Kelly Michaelowski, Ind. and in her official capacity as Educational Supervisor for the New Jersey Training School
~~The Wilson School, 1 N. State Home Rd., Monroe Twp., NJ 08831~~
1001 Spruce Street, Trenton, NJ 08638

*** Special Instructions ***

[X] Served  Date 9/19/13  Time 3:10PM  Accepted By: Altauese Cook
In the manner described below.
[ ] Personally served.
[ ] Adult family member. Relationship is
[ ] Adult in charge of residence who refused to give name and/or relationship.
[ ] Manager/Clerk of place of residence lodging
[X] Agent or person in charge of office or usual place of business  Senior Clerk Typist
[ ] Other

Description of Person  Age 30  Height 5'6  Weight 130  Race Black  Sex F
Other Black hair

[ ] Not Served  Date _____ Time _____

Not Served Information
[ ] Moved  [ ] Unknown  [ ] No Answer  [ ] Vacant  [ ] Other

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff  Charles Dock

Law Firm  Phone (610)690-0801
Matthew B. Weisberg, Esquire
Weisberg Law, P.C.
7 South Morton Avenue
Morton, PA 19070

Sworn to and subscribed before me this
23 day of September 2013

Notary Public  MARIA WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/14/2018

Serve By Date 9/26/2013
Filed Date 8/16/2013

ORIGINAL

247VCP

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WILLIAM BROWN,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

KELLY MICHAELOWSKI, ET AL.,
*Defendant*

CASE NUMBER: 3:13-CV-04939-JAP-LHG

TO: *(Name and address of Defendant):* Kelly Michaelowski
Individually and in her Official Capacity as
Educational Supervisor for the
New Jersey Training School –
The Wilson School
1 N. State Home Road
Monroe Township, NJ 08831

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Weisberg Law, P.C.**
**7 S. Morton Ave.**
**Morton, PA 19070**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**KIM STILLMAN**
(By) DEPUTY CLERK



ISSUED ON 2013-08-16 12:58:08.0, Clerk
USDC NJD

## RETURN OF SERVICE

Service of the Summons and complaint was made by me [1]   DATE 9/19/13

NAME OF SERVER (PRINT) Charles Doock   TITLE Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Altauese Cook, Senior Clerk Typist

☐ Returned unexecuted: _____

☐ Other (specify): Service effected @ 1001 Spruce St, Trenton, NJ.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/23/13
         Date                              Signature of Server

                                           Address of Server



235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of
Professional Process Servers



Philadelphia Association
of Professional Process Servers

William D. Brown

-vs-

Kelly Michaelowski, et al

**COURT** United States District Court
District of New Jersey

**COUNTY**

**CASE NUMBER** 3:13-CV-04939

## AFFIDAVIT OF SERVICE

**COMMONWEALTH OF PENNSYLVANIA:**
**COUNTY OF PHILADELPHIA:**

**B&R Control #** PS018644 - 2
**Reference Number**

### SERVICE INFORMATION

On 4 day of September, 2013 we received the
**Summons and Complaint**
for service upon Jack Amberg, Ind. and in his official capacity as Director of Education
at for the New Jersey Training School-The Wilson School
~~1 N. State Home Road Monroe Twp., NJ 08831~~
1001 Spruce Street, Trenton, NJ 08638

*** Special Instructions ***

☒ Served Date 9/19/13 Time 3:10PM Accepted By: Altauese Cook

In the manner described below.

☐ Personally served.
☐ Adult family member. Relationship is
☐ Adult in charge of residence who refused to give name and/or relationship.
☐ Manager/Clerk of place of residence lodging
☒ Agent or person in charge of office or usual place of business Senior Clerk Typist
☐ Other

Description of Person  Age 30  Height 5'6"  Weight 130  Race Black  Sex F
Other Black hair

☐ Not Served  Date _____ Time _____

**Not Served Information**
☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff  Charles Deck

Law Firm  Phone (610)690-0801  For
Matthew B. Weisberg, Esquire
Weisberg Law, P.C.
7 South Morton Avenue
Morton, PA 19070

Sworn to and subscribed before me this
23 day of September 2023

Notary Public  MARIA WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/14/2018

Serve By Date 9/26/2013
Filed Date 8/16/2013

ORIGINAL                                                              247VCP

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**WILLIAM BROWN,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**KELLY MICHAELOWSKI, ET AL.,**
*Defendant*

CASE NUMBER: 3:13-CV-04939-JAP-LHG

TO: *(Name and address of Defendant):* Jack Amberg
Individually and in his Official Capacity as Director of Education for the New Jersey Training School — The Wilson School
1 North State Home Road
Monroe Township, NJ 08831

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Weisberg Law, P.C.
7 S. Morton Ave.
Morton, PA 19070**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**KIM STILLMAN**
(By) DEPUTY CLERK



ISSUED ON 2013-08-16 12:58:08.0, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE 9/19/13 |
|---|---|
| NAME OF SERVER (PRINT) Charles Doock | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Attauese Cook, Senior Clerk Typist

☐ Returned unexecuted: _____

☐ Other (specify): Service effected @ 1001 Spruce St., Trenton, NJ.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/23/13
                    Date

Signature of Server: Charlie Doul

Address of Server



433 SOUTH 5TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of Professional Process Servers



Philadelphia Association of Professional Process Servers

William D. Brown

-VS-

Kelly Michaelowski, et al

: COURT    United States District Court
           District of New Jersey
: COUNTY
: CASE NUMBER   3:13-CV-04939

## AFFIDAVIT OF SERVICE

**COMMONWEALTH OF PENNSYLVANIA:**
**COUNTY OF PHILADELPHIA:**

B&R Control #       PS018644 - 5
Reference Number

### SERVICE INFORMATION

On 4 day of September, 2013 we received the **Summons and Complaint** for service upon **New Jersey Department of Law & Public Safety** at ~~1001 Spruce Street, Ste. 202, Trenton, NJ 08638~~ c/o Attorney General, 25 Market Street, Trenton, NJ 08625

*** Special Instructions ***

[X] Served   Date 9/20/13   Time 1:45PM   Accepted By: Annette Smallacombe

In the manner described below.

[ ] Personally served.
[ ] Adult family member. Relationship is
[ ] Adult in charge of residence who refused to give name and/or relationship.
[ ] Manager/Clerk of place of residence lodging
[X] Agent or person in charge of office or usual place of business   Principal Clerk
[ ] Other

Description of Person   Age 55-60   Height 5'7"   Weight 150   Race White   Sex F
Other Brown hair

[ ] Not Served   Date _____   Time _____

**Not Served Information**
[ ] Moved   [ ] Unknown   [ ] No Answer   [ ] Vacant   [ ] Other

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff   Charles Deck

Law Firm   Phone (610)690-0801   For
Matthew B. Weisberg, Esquire
Weisberg Law, P.C.
7 South Morton Avenue
Morton, PA 19070

Sworn to and subscribed before me this 30 day of September 2013

Notary Public MARIA WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/14/2018

Serve By Date 9/26/2013
Filed Date 8/16/2013

ORIGINAL                                           247VCP

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**WILLIAM BROWN,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**KELLY MICHAELOWSKI, ET AL.,**
*Defendant*

CASE NUMBER: 3:13-CV-04939-JAP-LHG

TO: *(Name and address of Defendant):* New Jersey Department of Law + Public Safety
1001 Spruce Street
Suite 202
Trenton, NJ 08638

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Weisberg Law, P.C.
7 S. Morton Ave.
Morton, PA 19070**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**KIM STILLMAN**
(By) DEPUTY CLERK



ISSUED ON 2013-08-16 12:58:08.0, Clerk
USDC NJD

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 9/26/13 |
| NAME OF SERVER (PRINT) Charles Deeck | TITLE Process Server |

Check one box below to indicate *appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Annette Smallacombe, Principal Clerk

☐ Returned unexecuted: _____

☒ Other (specify): Served c/o Attorney General, 25 Market Street, Trenton, NJ 08625

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/30/13
           Date

*Signature of Server*  Charles Deeck

*Address of Server*



295 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of Professional Process Servers

Philadelphia Association of Professional Process Servers

| | | |
|---|---|---|
| William D. Brown | : | **COURT** United States District Court, District of New Jersey |
| -vs- | : | **COUNTY** |
| Kelly Michaelowski, et al | : | **CASE NUMBER** 3:13-CV-04939 |

## AFFIDAVIT OF SERVICE

**COMMONWEALTH OF PENNSYLVANIA:**
**COUNTY OF PHILADELPHIA:**

**B&R Control #** PS018644 - 6
**Reference Number**

### SERVICE INFORMATION

On 4 day of September, 2013 we received the
**Summons and Complaint**
for service upon **State of New Jersey**
at 1001 Spruce Street Trenton, NJ 08638

c/o Attorney General, 25 Market Street, Trenton, NJ 08625

*** Special Instructions ***

☒ Served   Date 9/26/13.   Time 1:45pm   Accepted By: Annette Smallacombe

In the manner described below.

☐ Personally served.
☐ Adult family member. Relationship is _____
☐ Adult in charge of residence who refused to give name and/or relationship. _____
☐ Manager/Clerk of place of residence lodging _____
☒ Agent or person in charge of office or usual place of business   Principal Clerk
☐ Other _____

**Description of Person**   Age 55-60   Height 5'7"   Weight 150   Race White   Sex F
Other Brown hair

☐ Not Served   Date _____   Time _____

**Not Served Information**
☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant   ☐ Other _____

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff  _Charles Deck_

**Law Firm**   Phone (610)690-0801   For
Matthew B. Weisberg, Esquire
Weisberg Law, P.C.
7 South Morton Avenue
Morton, PA 19070

Sworn to and subscribed before me this
30 day of September 2013
_signature_
Notary Public
MARIA WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/14/2018

Serve By Date 9/26/2013
Filed Date 8/16/2013

ORIGINAL                                                                247VCP

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WILLIAM BROWN,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

KELLY MICHAELOWSKI, ET AL.,
*Defendant*

CASE NUMBER: 3:13-CV-04939-JAP-LHG

TO: *(Name and address of Defendant):*   State of New Jersey
   1001 Spruce Street
   Trenton, NJ 08638

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Weisberg Law, P.C.**
**7 S. Morton Ave.**
**Morton, PA 19070**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

KIM STILLMAN
(By) DEPUTY CLERK



ISSUED ON 2013-08-16 12:58:08.0, Clerk
USDC NJD

| | | RETURN OF SERVICE | |
|---|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 9/26/13 | | |
| NAME OF SERVER (PRINT) Charles Deeck | TITLE Process Server | | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Annette Smallacombe, Principal Clerk

☐ Returned unexecuted: _____

☒ Other (specify): Served c/o Attorney General, 25 Market Street, Trenton, NJ 08625

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/30/13
            Date

_Signature of Server_   Charles Deeck

_Address of Server_