JOHN J. HOFFMAN
Acting Attorney General of New Jersey
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendants, New Jersey
Training School, New Jersey Juvenile Justice
Commission, New Jersey Department of
Law & Public Safety, the State of New Jersey
and Kelly Michaelowski

By: Erica R. Heyer
     Deputy Attorney General
     (609) 984-2400
     Erica.Heyer@dol.lps.state.nj.us

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM D. BROWN,<br>                            Plaintiff,<br>v.<br><br>KELLY MICHAELOWSKI;<br>JACK AMBERG;<br>NEW JERSEY TRAINING SCHOOL;<br>NEW JERSEY JUVENILE JUSTICE COMMISSION;<br>NEW JERSEY DEPARTMENT OF LAW AND PUBLIC SAFETY;<br>STATE OF NEW JERSEY; and<br>JOHN DOES 1 to 10,<br>                          Defendants. | **Docket No. 3:13-cv-04939-JAP-LHG**<br><br>Civil Action<br><br><br>**NOTICE OF MOTION<br>TO DISMISS AMENDED<br>COMPLAINT**<br><br><br>**ELECTRONICALLY FILED** |

TO:  Clerk of the Court
       United States District Court for the District of New Jersey
       Trenton Vicinage

Matthew B. Weisberg, Esq.
Prochniak Weisberg, PC
7 South Morton Avenue
Morton, PA 19070
*Attorney for Plaintiff*

PLEASE TAKE NOTICE that on January 6, 2014, or at such other time as it may please the Court, the undersigned John J. Hoffman, Acting Attorney General of New Jersey, by Deputy Attorney General Erica R. Heyer, appearing for Defendants, New Jersey Training School, New Jersey Juvenile Justice Commission, New Jersey Department of Law & Public Safety, the State of New Jersey and Kelley Michalowski, shall move for entry of an Order dismissing Plaintiff's Amended Complaint with Prejudice.

PLEASE TAKE FURTHER NOTICE that the Defendants will rely upon the Brief and Certification of Counsel submitted in support of this Motion.

Oral argument is requested in the event this Motion is opposed.

A proposed form of Order is submitted herewith.

        Respectfully Submitted,

        JOHN J. HOFFMAN
        ACTING ATTORNEY GENERAL OF NEW JERSEY

By:   *s/ Erica R. Heyer*
        Erica R. Heyer
        Deputy Attorney General

DATED: December 2, 2013